Blake D. Miller (4090)
James W. Anderson (9829)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
e-mail: miller@millerguymon.com
        anderson@millerguymon.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case No. 13-34298** |
| **COTTONWOOD ESTATES DEVELOPMENT, LLC,** | **Chapter 11** |
| **Debtor.** | **Judge R. Kimball Mosier** |
| | **(Filed Electronically)** |

**CERTIFICATE OF SERVICE OF: (1) NOTICE OF CONFIRMATION HEARING, OBJECTION DEADLINE AND VOTING DEADLINE ON DEBTOR'S PLAN OF REORGANIZATION DATED MAY 27, 2014; (2) DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF REORGANIZATION DATED MAY 27, 2014; (3) DEBTOR'S PLAN OF REORGANIZATION DATED MAY 27, 2014; (4) BALLOTS; and (5) ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT FOR  DEBTOR'S PLAN OF REORGANIZATION DATED MAY 27, 2014**

I hereby certify that I am employed by the law firm of Miller Guymon, P.C., 165 South

Regent Street, Salt Lake City, Utah 84111, and that true and correct copies of the:

**(1) NOTICE OF CONFIRMATION HEARING, OBJECTION DEADLINE AND**

**VOTING DEADLINE ON DEBTOR'S PLAN OF REORGANIZATION DATED MAY 27,**

**2014**;

**(2) DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF**

**REORGANIZATION DATED MAY 27, 2014;**

**(3) DEBTOR'S PLAN OF REORGANIZATION DATED MAY 27, 2014** (included

as Exhibit "A" to Disclosure Statement, not as a separate document]**;**

**(4) BALLOTS;** and

**(5) ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT FOR**

**DEBTOR'S PLAN OF REORGANIZATION DATED MAY 27, 2014** were served by first

class mail, postage pre-paid, on May 28, 2014, to the individuals and entities on the attached

service list, being the Court's mailing matrix as of May 28, 2014.

DATED this 28th day of May, 2014.

Miller Guymon, P.C.

*/s/ James W. Anderson*
James W. Anderson

Label Matrix for local noticing
1088-2
Case 13-34298
District of Utah
Salt Lake City
Wed May 28 07:11:24 MDT 2014

Alfred Soffe Wilkinson & Nichols, Inc.
5151 South 900 East, Suite 200
Salt Lake City, UT 84117-6660

America First Credit Union
P.O. Box 9199
Ogden, UT 84409-0199

America First Federal Credit Union
c/o Mark R. Gaylord
Ballard Spahr LLP
201 South Main Street, Suite 800
Salt Lake City, UT 84111-2221

James W. Anderson
Miller Guymon, PC
165 South Regent Street
Salt Lake City, UT 84111-1903

Anderson & Karrenberg
50 W. Broadway #700
Salt Lake City, UT 84101-2035

Ballard Sphar Andrews & Ingersoll, LLP
Attn: Daniel Egan, Esq.
201 South Main St., Ste 600
Salt Lake City, UT 84111-2212

Michael J. Bodell
8428 South 3150 West
West Jordan, UT 84088-5347

Bromac Land Surveying & Engineering
1471 West Misty Fen Way
West Jordan, UT 84088-6586

Bruce R. Baird, P.C.
2150 South 1300 East, Suite 500
Salt Lake City, UT 84106-4375

Burbidge & Mitchell
215 South State Street, Suite 900
Salt Lake City, UT 84111-2353

Steven D. Burt
Ballard Spahr LLP
201 S. Main St. Suite 800
Suite 800
Salt Lake City, UT 84111-2221

Cottonwood Estates Development, LLC
280 South 400 West, Wuite 220
Salt Lake City, UT 84101

Cottonwood Improvement District
8620 South Highland Dr.
Sandy, UT 84093-1689

Mark R. Gaylord
BALLARD SPAHR LLP
One Utah Center
201 South Main Street
Suite 800
Salt Lake City, UT 84111-2221

Hales Engineering
2364 North 1450 East
Lehi, UT 84043-1402

Tyler M. Hawkins
Ballard Spahr LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, UT 84111-2210

Michael R. Johnson
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Lawn Gevity
930 West 100 South
Salt Lake City, UT 84104-1108

James E. Magleby
Magleby & Greenwood PC
170 South Main Street
Suite 850
Salt Lake City, UT 84101-1658

Michael J. Bodell
c/o: Jeffrey W. Shields, Esq.
15 West South Temple, #1200
Salt Lake City, UT 84101-1547

John T. Morgan tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

PacifiCorp dba Rocky Mountain Power/Pacific
Attn: Bankruptcy
P.O. Box 25308
Salt Lake City, UT 84125-0308

Parr Brown Gee & Loveless
185 South State Street, Suite 800
Salt Lake City, UT 84111-1549

Robert S. Prince
Kirton & McConkie
60 East South Temple
Eagle Gate Tower, Suite 1800
Salt Lake City, UT 84111-1004

Salt Lake City Corporation
Public Utilities
P.O. Box 30881
Salt Lake City, UT 84130-0881

Salt Lake County Treasurer
Attn: Ray Lancaster
2001 South State Street, #N1200
PO Box 144575
Salt Lake City UT 84114-4575

Eric K. Schnibbe
Magleby & Greenwood, P.C.
170 South Main St.
Suite 850
Salt Lake City, UT 84101-1658

Jeffrey Weston Shields
Jones Waldo
170 South Main, Suite 1500
Salt Lake City, UT 84101-1644

United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Urban Design Group
P.O Box 1415
West Jordan, UT 84084-8415

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Tavaci Partners, LLC                         End of Label Matrix
                                                Mailable recipients    30
                                                Bypassed recipients     1
                                                Total                  31